AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Weisman, M. David | **2. Court or Organization**<br><br>U.S. District Court, Northern District of Illinois | **3. Date of Report**<br><br>08/11/2020 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (full time) | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| **7. Chambers or Office Address**<br><br>Dirksen Federal Courthouse<br>219 S. Dearborn Street<br>Chicago, IL 60604 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Weisman, M. David | 08/11/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | ▒▒▒▒▒▒▒▒ (salary) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Weisman, M. David** | 08/11/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. USAA | Visa card | K |
| 2. Bank of America | MasterCard | J |
| 3. Department of Education | Student Loan | K |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Weisman, M. David** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Frontier (FTR) | | None | J | T | | | | | |
| 3. Bank of America Cash Account | A | Interest | M | T | | | | | |
| 4. Novia Scotia Bank Cash Account (Y) | | | | | | | | | |
| 5. Fifth Third Bank Cash Account | A | Interest | J | T | | | | | |
| 6. Brokerage Account #1 (H) | | | | | | | | | |
| 7. USAA Treasury MMKT (UATXX) | A | Dividend | J | T | | | | | |
| 8. Brokerage Account #2 (H) | | | | | | | | | |
| 9. Comcast (CMCSA) | B | Dividend | K | T | Buy<br>(add'l) | 04/15/19 | J | | |
| 10. | | | | | Buy<br>(add'l) | 07/16/19 | J | | |
| 11. | | | | | Buy<br>(add'l) | 10/16/19 | J | | |
| 12. | | | | | Sold<br>(part) | 11/06/19 | M | E | |
| 13. MSH Profit Sharing 401(k) Plan and Trust (H) | | | | | | | | | |
| 14. Vangaurd Life Strategy Growth Inv. (VASGX) | | None | K | T | | | | | |
| 15. IRA #1 (H) | | | | | | | | | |
| 16. USAA Aggressive Grwoth Portfolio (USAUX) | B | Dividend | J | T | | | | | |
| 17. IRA #2 (H) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Weisman, M. David** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. USAA Aggressive Growth Portfolio (USAUX) | | None | | | Sold | 12/03/19 | L | | |
| 19. IRA #3 (H) | | | | | | | | | |
| 20. Fidelity Strategic Advisers Core (FCSAX) | B | Dividend | K | T | Buy (add'l) | 05/30/19 | J | | |
| 21. Fidelity Strategic Advisers Growth (FSGFX) | A | Dividend | J | T | | | | | |
| 22. Fidelity Strategic Advisers Value (FVSAX) | A | Dividend | J | T | | | | | |
| 23. Fidelity Strategic Advisers Emerging Markets (FSAMX) | A | Dividend | J | T | | | | | |
| 24. Fidelity Strategic Advisers Small-Mid Cap (FSCFX) | A | Dividend | J | T | | | | | |
| 25. Fidelity Strategic Advisers International (FILFX) | A | Dividend | J | T | | | | | |
| 26. Fidelity SAI US Large Cap Index (FLCPX) | A | Dividend | J | T | | | | | |
| 27. Fidelity SAI International Index (FIONX) | A | Dividend | J | T | | | | | |
| 28. Fidelity SAI Emerg Markets Index (FERGX) | A | Dividend | J | T | | | | | |
| 29. AQR Managed Futures Fund CL N (AQMNX) (Y) | | | | | | | | | |
| 30. Fidelity Strategic Advisers Short Duration (FAUDX) | A | Dividend | J | T | | | | | |
| 31. Fidelity Strategic Advisers Income Opportunities (FPIOX) (Y) | | | | | | | | | |
| 32. Fidelity Strategic Advisers Core Income (FPCIX) | A | Dividend | K | T | Buy (add'l) | 04/03/19 | J | | |
| 33. PIMCO Commodity Real Ret Strat Instil (PCRIX) (Y) | | | | | | | | | |
| 34. FIMM Government Portfolio: Instl CL (FRGXX) (X) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Weisman, M. David** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. IRA #4 (H) | | | | | | | | | |
| 36. Fidelity Strategic Advisers Core (FCSAX) | D | Dividend | M | T | Sold (part) | 01/30/19 | J | A | |
| 37. | | | | | Buy (add'l) | 05/30/19 | J | | |
| 38. | | | | | Sold (part) | 06/27/19 | J | A | |
| 39. | | | | | Buy (add'l) | 09/26/19 | J | | |
| 40. | | | | | Buy (add'l) | 12/19/19 | K | | |
| 41. Fidelity Strategic Advisers Growth (FSGFX) | D | Dividend | L | T | Sold (part) | 03/11/19 | J | | |
| 42. | | | | | Sold (part) | 04/03/19 | J | A | |
| 43. | | | | | Sold (part) | 05/30/19 | J | | |
| 44. | | | | | Sold (part) | 08/14/19 | J | | |
| 45. | | | | | Sold (part) | 12/09/19 | J | A | |
| 46. | | | | | Buy (add'l) | 12/19/19 | J | | |
| 47. Fidelity Strategic Advisers Value (FVSAX) | D | Dividend | L | T | Sold (part) | 03/11/19 | J | | |
| 48. | | | | | Sold (part) | 05/30/19 | J | | |
| 49. | | | | | Sold (part) | 09/26/19 | J | | |
| 50. | | | | | Sold (part) | 12/09/19 | J | A | |
| 51. | | | | | Buy (add'l) | 12/19/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Weisman, M. David** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Fidelity Strategic Advisers Emerging Markets (FSAMX) | A | Dividend | K | T | Buy (add'l) | 01/30/19 | J | | |
| 53. | | | | | Buy (add'l) | 05/30/19 | J | | |
| 54. | | | | | Buy (add'l) | 12/19/19 | J | | |
| 55. Fidelity Strategic Advisers Small-Mid Cap (FSCFX) | B | Dividend | L | T | Sold (part) | 01/30/19 | J | | |
| 56. | | | | | Buy (add'l) | 12/19/19 | J | | |
| 57. Fidelity Strategic Advisers International (FILFX) | C | Dividend | M | T | Buy (add'l) | 12/19/19 | K | | |
| 58. Fidelity SAI US Large Cap Index (FLCPX) | A | Dividend | K | T | Sold (part) | 03/11/19 | J | A | |
| 59. | | | | | Buy (add'l) | 06/27/19 | J | | |
| 60. | | | | | Buy (add'l) | 12/19/19 | J | | |
| 61. Fidelity SAI International Index (FIONX) | A | Dividend | J | T | Sold (part) | 01/30/19 | J | A | |
| 62. | | | | | Sold (part) | 06/27/19 | J | A | |
| 63. Fidelity SAI Emerging Markets Index (FERGX) | A | Dividend | J | T | Sold (part) | 08/14/19 | J | A | |
| 64. | | | | | Buy (add'l) | 12/19/19 | J | | |
| 65. AQR Managed Futures Strategy N (AQMNX) | A | Dividend | J | T | Sold (part) | 04/03/19 | J | | |
| 66. | | | | | Buy (add'l) | 12/19/19 | J | | |
| 67. ASG Managed Futures Strategy Fund Cl A (AMFAX) | | None | J | T | Buy | 04/03/19 | J | | |
| 68. Fidelity Strategic Advisers Short Duration (FAUDX) | A | Dividend | K | T | Sold (part) | 04/03/19 | J | A | |

---

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Weisman, M. David** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 12/19/19 | J | | |
| 70. Fidelity Strategic Advisers Income Opportunities (FPIOX) | A | Dividend | J | T | Sold (part) | 09/26/19 | J | | |
| 71. Fidelity Strategic Advisers Core Income (FPCIX) | D | Dividend | M | T | Buy (add'l) | 01/30/19 | J | | |
| 72. | | | | | Buy (add'l) | 03/11/19 | J | | |
| 73. | | | | | Buy (add'l) | 04/03/19 | J | | |
| 74. | | | | | Sold (part) | 05/30/19 | J | | |
| 75. | | | | | Buy (add'l) | 06/27/19 | J | | |
| 76. | | | | | Buy (add'l) | 08/14/19 | J | | |
| 77. | | | | | Buy (add'l) | 09/26/19 | J | | |
| 78. | | | | | Buy (add'l) | 12/09/19 | J | | |
| 79. | | | | | Buy (add'l) | 12/19/19 | K | | |
| 80. Eaton Vance Glbl Macro Abs Ret Adv I (EGRIX) | | None | | | Sold | 04/03/19 | J | A | |
| 81. Eaton Vance Global Macro Absolute Rtrn Advt A (EGRAX) | A | Dividend | J | T | Buy | 04/03/19 | J | | |
| 82. PIMCO Commodity Real Ret Strat Instil (PCRIX) | A | Dividend | J | T | Sold (part) | 12/09/19 | J | | |
| 83. FIMM Govt. Portfolio: Inst (FRGXX) | A | Dividend | J | T | Sold (part) | 02/11/19 | J | | |
| 84. | | | | | Buy (add'l) | 03/11/19 | J | | |
| 85. | | | | | Sold (part) | 05/13/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Weisman, M. David** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Buy<br>(add'l) | 05/30/19 | J | | |
| 87. | | | | | Sold<br>(part) | 08/26/19 | J | | |
| 88. | | | | | Buy<br>(add'l) | 09/26/19 | J | | |
| 89. | | | | | Sold<br>(part) | 11/18/19 | J | | |
| 90. | | | | | Buy<br>(add'l) | 12/09/19 | J | | |
| 91.   IRA # 5 (H) | | | | | | | | | |
| 92.   Fidelity Growth Company (FDGRX) | | None | | | Sold | 12/03/19 | M | | |
| 93.   IRA #6 (H) | | | | | | | | | |
| 94.   Federated Government Obligations Capital (GOCXX) (cash equivalent) | | None | J | T | Buy | 12/04/19 | M | | |
| 95.   IShares Core S&P Mid-Cap ETF (IJH) | | None | J | T | Buy | 12/04/19 | J | | |
| 96.   IShares Core S&P Small-Cap ETF (IJR) | | None | J | T | Buy | 12/04/19 | J | | |
| 97.   IShares Inc. Core MSCI Emerging Markets ETF (IEMG) | | None | J | T | Buy | 12/04/19 | J | | |
| 98.   IShares Trust Core MSCI EAFE ETF (IEFA) | | None | K | T | Buy | 12/04/19 | K | | |
| 99.   IShares Inc Core MSCI Emerging Mkts ETF (IEMG) | | None | J | T | Buy | 12/04/19 | J | | |
| 100.   Vanguard Scottsdale FDS Intermediate Term Corporate Bond Index (VCIT) | A | Dividend | J | T | Buy | 12/04/19 | J | | |
| 101.   Ishares S&P 500 Value ETF (IVE) | | None | K | T | Buy | 12/04/19 | K | | |
| 102.   Ishares TR JP Morgan Emerging Markets ETF (EMB) | | None | J | T | Buy | 12/04/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Weisman, M. David** | 08/11/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. Goldman Sachs ETF TR Access Invt Gr (GIGB) | | None | J | T | Buy | 12/04/19 | J | | |
| 104. DBX ETF TR XTrack USD High (HYLB) | | None | J | T | Buy | 12/04/19 | J | | |
| 105. Goldman Sachs ETF TR Access Treasury (GBIL) | | None | J | T | Buy | 12/04/19 | J | | |
| 106. IShares S&P 500 Growth ETF (IVW) | | None | K | T | Buy | 12/04/19 | K | | |
| 107. IShares Core US Aggregate Bond ETF (AGG) | | None | K | T | Buy | 12/04/19 | K | | |
| 108. Vanguard BD Index FD Inc Long Term Bd ETF (BLV) | A | Dividend | J | T | Buy | 12/04/19 | J | | |
| 109. Vanguard Bd Index Fd Inc Short Term Bd ETF (BSV) | A | Dividend | J | T | Buy | 12/04/19 | J | | |
| 110. City of Chicago Deferred Compensation Plan (H) | | | | | | | | | |
| 111. T. Rowe Price Retirement 2015 (TRFGX) | C | Dividend | M | T | | | | | |
| 112. UTMA #1 (H) | | | | | | | | | |
| 113. USAA Aggressive Growth (USAUX) | D | Dividend | L | T | Redeemed (part) | 05/09/19 | J | B | |
| 114. UTMA #2 (H) | | | | | | | | | |
| 115. USAA Capital Growth (USCGX) | D | Dividend | L | T | | | | | |
| 116. 529 #1 (H) | | | | | | | | | |
| 117. USAA Aggressive Growth Portfolio (USAUX) | C | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Weisman, M. David** | 08/11/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature: s/ M. David Weisman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544